1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10

11   ODREY PAUL REED,                  ) Case No. CV 11-4405 GAF(JC)
                                       )
12                    Petitioner,      )
                                       )
13             v.                      ) ORDER ACCEPTING FINDINGS,
                                       ) CONCLUSIONS, AND
                                       ) RECOMMENDATIONS OF UNITED
14   UNITED STATES BUREAU OF           ) STATES MAGISTRATE JUDGE
     PRISONS,                          )
15                                     )
                      Respondent.      )
16   ──────────────────────────────── )

17          Pursuant to 28 U.S.C. § 636, the Court has reviewed the "Writ of

18   Mandamus" (the "Writ"), the Motion to Dismiss the Writ and the parties'

19   submissions in connection therewith, and all of the records herein, including the

20   Report and Recommendation of United States Magistrate Judge ("Report and

21   Recommendation"), and petitioner's objections to the Report and Recommendation

22   ("Objections").  The Court has further made a *de novo* determination of those

23   portions of the Report and Recommendation to which objection is made.[1]  The

24   Court concurs with and accepts the findings, conclusions, and recommendations of

25   the United States Magistrate Judge and overrules the Objections.

26          IT IS ORDERED that the Motion to Dismiss is granted, the Writ is denied

27   ────────────────────────

28          [1]This Court, in an exercise of its discretion, declines to consider new evidence and
     arguments presented for the first time in the Objections.  See United States v. Howell, 231 F.3d
     615, 621 (9th Cir. 2000), cert. denied, 534 U.S. 831 (2001).

and this action is dismissed.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the Report and Recommendation, and the Judgment herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:    November 17, 2011

_____

HONORABLE GARY A. FEESS
UNITED STATES DISTRICT JUDGE

2